**The UPS Store**

100 MAIN ST N
SOUTHBURY PLAZA
SOUTHBURY, CT 06488
203-405-3071



# FAX

To _Civil Clerk_

Company _District Court_

Fax number _860 240 3211_

Date _____

Job number _____

From _Atty Sama_

Phone number _____

Fax number _203-405-3074_

Total pages _5_

41014070305

**The UPS Store**

Date: 08:46 AM EDT, 05/14/2014
From: Katerina Tea <datainteg@aol.com>
To: store6098@theupsstore.com
Subject: May 14/2014

May 14/2014 UNITED STATES
DISTRICT COURT

District
of Connecticut

Catherine Sama
Po box180
Newtown Ct 06470. Civil
Action NO. 3:10-cv-

01268-VLK

Carolyn w Colvin

Acting commissioner Social Security

Plaintiffs objection to excess attorney fees.
In addition to the following from recent
Letter from attorney Rubinstein

This is my last and final plea
A) mr rubeninsten received $7360 in these ejay fees which were never explained to me
$7493 from me and $1920 from my son . This is approx $17,000.

B) he is taking advantage of a sick person

C) as he stated I am mentally , physically and emotionally impaired . All of this us exasperating my condition and causing me more personal injury.
D) from my emails I was crying out for help
E) if you calculate 115 ,000 over six plus years it is below the poverty level.
F) I had to pay back family members I borrowed money from to live because of being unable to work
G) I need this money to live and help my son
F) I am at the end of my working life
G) aprox $17,000 to mr rubeinstenin is fair

H) I am begging the court for relief and return the balance of my benefits to me

A) I am extremely ill and I cannot fight anymore
This is my last plea to the court

B) I am very sick due to the fact I have been taken advantage of by People like mr Rubinstein. He was paid approximately $17,000 for this case.
C) the work he did most of legal paperwork is done by paralegals for nothing.
D) he took advantage of a sick person. Never explained an ejay fee etc.
E) He, as an attorney should be more of a humanitarian when dealing with sick people

F) yes he is more educated then me and took advantage. He never would have taken this case if he thought he couldn't win.
G) he kept dragging it out to prolong this so called back pay. My slavery which caused the holes in my intestines and bleeding

G) I am extreme.e anemic and have attached a document from my dr.
H) he was paid sufficient

I) I am begging the court to return my money to me I need to pay for better drs (as he stated I have a mental condition, yes emotional and physical from being beat up by these so called helpful people and need it for living expenses and helping my sons student loans 160,000

J) if the court needs a copy of the Foreclosure papers I can send them. There are piles of paper. I am so very tired.

K) please your honor I am begging for my hard earned money an to obtain justice when an injustice has been done. $17,000 was paid to him. On the state level I just the found out the cap is 6,000. He was compensated.

L) I was and still am under duress and need help from the court. They doing
Thank you for your consideration

M) I was not aware or educated by my attorney in this fee arena. Vulnerable and desperate I trusted another person who took advantage of me.
Thank you for you help. Please help
Catherine Sama
Po box 180
Newtown ct 06470

N) Elaine Mcafferty, his assistant upon being given the foreclosure from Fairfield county bank should have immediately put a dire need request in. Why did she not do it? This was dragging out for years. This is negligent.
My only request to ms. mcarfrey, who is employed by mr rube stein was to please ask the clerks they deal with every day to get me a date due to dire need. The clerk told me about the dire need request not Elaine. Personal connection? The clerk in the odr office?

O) shouldn't she have known this. He was on vacation. Having dental work done, I couldn't reach him and when I did he was talking about other cases and how people were living in cars? What are they doing? Total injustice.

1) I Catherine Sama was unaware of the filing of the motion of fees filed by attorney
Rubinstein against social security. I never authorized or was notified of any motion until SS made me aware.

2) The fees were never properly explained to me.

3) I was unaware of an Eajay fee? It was explained to me by the commissioner of SS
Equal access to justice . I would never have known this. Me Rubinstein was awarded $7000 plus 350 plus $1950 from my son and an additional $7400 from me.this is almost $17,000. This is more than reasonable and customary.

4) I did not understand any of the documents . I was given a huge pile to sign and have been to sick to understand what I was signing. I was under duress with medications , pain , bleeding anemia I was desperate so I trusted my lawyer.

5) he kept prolonging the hearing date date I was under dire need being in a Foreclosure and bankruptcy and begged him to get a date . When under extreme desperation, I called the clerk and got the date.
He then threatened her job.

6) I told him one day I felt like I was going to die from all this the stress from a foreclosure a bankrupsy no medical, medicine no money no help.
He told me don't die then you of you are no use to me. I was so hurt from the lack of empathy . I spent my entire life helping others and could not believe this.

7) I did not understand all the legal documents and nothing was explained to me. I could hardly get him on the phone.
8) I have been a total victim.

9) I believe in a fair pay for a lawyers work and $17.000 is plenty. Whatever retro benefits I had to pay off so many debts and am still hurting. I am begging the court for relief to please return the $32,000 to me. I am at the end of my working life and Need to survive. I worked very hard my entire life. I have the holes in my stomach and intestines to prove it.

10) In conclusion please understand I did not understand what I was signing being so sick and having no leverage.
11) I have no where to turn these illnesses have taken over my life. All this extra stress is causing more bleeding stomached aches exasperating my conditions. More panic attacks.
I have been very fair . He has been paid plenty. I have been raked over the coals.

My son has over $160 ,000 in student loans was interning for national security driving four hours each way from Saint Mary's a public honors college in md ( he worked very hard to get into, the third best public honors college in the country)where he went to school in md . I had no money to help him with living expenses while he interned. On the weekends he worked at the school bookstore for food money. He also interned for the senate. I need to help him pay some of this back. I taught him to help our country and get a good education. I did all the right things. Please help me .
Thank you for your help and consideration.
I'm so very tired
Catherine Sama

Fax district court civil clerk SS -860-240-3211

CC :United States Congress
Elizabeth Esty
509 cannon house office building
Washington DC 20515

Sent from my iPad